McGRATH ET AL            CIVIL ACTION

VERSUS                NO:06-11413

CHESAPEAKE BAY DIVING, INC.,     SECTION: "J" (1)
ET AL

**ORDER**

Before the Court is State National Insurance Company's Motion for Certificate of Appeal ability (Rec. D. 447),

On January 14th 2010, this Court partially granted Brian Bradford's Motion for Summary Judgement (Rec. D. 337) and 2-W Diving's Motion for Summary Judgement (Rec. D. 345). On February 12th 2010, this Court denied State National's Motion for Reconsideration of that order (Rec. D. 445). On February 23 2010, State National filed a Motion for Certificate of Appeal ability (Rec. D. 447).

In order to prevail on this Motion, State National must show that the order in question contains a "controlling issue of law as to which there is substantial grounds for differences of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation." 28 USC § 1292(b).

The Court does not find that there are substantial grounds for differences of opinion as to State National's duty to defend 2-W Diving against the claims of Brian Bradford. Furthermore, the Court finds that allowing State National to appeal this

interlocutory order will actually retard, not materially advance, the ultimate termination of this litigation.

Accordingly,

**IT IS ORDERED** that State National's Motion for Certificate of Appealability (Rec. D. 447) is **DENIED.**

New Orleans, Louisiana, this the 9th day of March 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE